Robert M. Farris-Olsen (Lead)
MORRISON SHERWOOD WILSON & DEOLA, PLLP
401 North Last Chance Gulch
PO Box 557
Helena, MT  59601
(406) 442-3261 Phone
(406) 443-7294 Fax
rfolsen@mswdlaw.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BACK and CAMERON BACK, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, and JOHN DOES 1-10. <br><br> Defendants. | Cause No. CV-21-58-GF-BMM <br><br> **NOTICE OF PRELIMINARY SETTLEMENT** |

Plaintiff, Cynthia Carsen, through counsel, hereby reports to the Court that the parties have reached preliminary settlement of this matter. The Parties expect to finalize the settlement within the next thirty (30) days. This matter will be dismissed with Prejudice once the settlement is finalized.

Dated this 4th day of April 2022.

MORRISON, SHERWOOD, WILSON & DEOLA PLLP

By:     /s/ Robert Farris-Olsen
        Robert Farris-Olsen
        *Attorney for Plaintiff*