Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
P.O. Box 557
401 N. Last Chance Gulch
Helena, MT 59624
(406) 442-3261
(406) 443-7294 Facsimile
rfolsen@mswdlaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BACK and CAMERON BACK, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, and JOHN DOES 1-10. <br><br> Defendants. | Cause No. CV-21-58-GF-BMM <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs David and Cameron Back, and Defendants LexisNexis Risk Solutions, through their respective counsel, and submit this Stipulation for Dismissal with Prejudice, pursuant to the Court's Text Order (Dckt. 16), and Rule 41(a)(1)(A)(ii), F.R.Civ.P., with each party to bear its own attorney fees and costs.

DATED this 7th day of June 2022

 /s/ Robert Farris-Olsen  
Robert Farris-Olsen
*Attorney for Plaintiffs*

 /s/ Michael L Rausch  
Michael L. Rausch
*Attorney for Defendants*